**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00619-CV

### LUIS A. AND LINDA A. SANTIAGO, Appellants

### V.

### NOVASTAR MORTGAGE, INC., ET AL., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-02073-2011**

## ORDER

The Court has before it appellee Novastar Mortgage, Inc.'s October 16, 2013 unopposed motion for extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by November 1, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/　　ELIZABETH LANG-MIERS
　　　　JUSTICE